**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In the Matter of: COBALIS CORPORATION, <br><br> Debtor, <br><br> ──────────── <br><br> COBALIS CORPORATION and MONTENEGREX, by Rey Olsen, <br><br> Appellants, <br><br> v. <br><br> YA GLOBAL INVESTMENTS LP, <br><br> Appellee. | No. 13-57081 <br><br> D.C. No. 8:12-cv-02140-JLS <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Josephine L. Staton, District Judge, Presiding

Argued and Submitted February 9, 2016
Pasadena, California

────────────

  [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Before: BERZON, DAVIS[**], and OWENS, Circuit Judges.

Appellants Cobalis Corporation and Montenegrex appeal from the district court's order dismissing their bankruptcy appeal. The parties agree that the outcome of the instant appeal is dependent on our decision in No. 13-57078. Because we affirm on equitable mootness grounds the district court's dismissal in No. 13-57078, we also affirm the district court's dismissal in the instant appeal.

We deny as moot Appellee YA Global Investments LP's motion to strike Appellants' reply brief.

**AFFIRMED**.

---

[**] The Honorable Andre M. Davis, Senior Circuit Judge for the U.S. Court of Appeals for the Fourth Circuit, sitting by designation.